FRANCESCO BUONOCORE v. JOHN F. McGRATH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LORENZO BUONOCORE, an Infant, etc., v. JOHN F. McGRATH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EUGENE J. MALEADY v. FRANK H. TALBOT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of JOHN H. SCOVILLE, Deceased.— Motion to dismiss appeal denied, with ten dollars costs, the question of appealability being reserved for consideration on the argument of the appeal. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

KUNIGUNDA SCHWEMMER v. SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MARY G. BLACK v. LANCELOT M. BERKELEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SAMUEL EISEMAN & COMPANY, INC., v. JULIUS G. KUGELMAN and Others. — Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM H. EMMONS v. THEODORE DUHRENHEIMER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

STERLING MOTOR TRUST COMPANY OF NEW YORK, INC., v. BENJAMIN BERNSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of JULIAN A. HELLMAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CHARLES E. QUINCEY and Others, as Executors, etc., v. JOSEPH H. EMERY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE CITY OF NEW YORK v. FREDERICK W. WHITRIDGE, as Receiver, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GUARANTY TRUST COMPANY OF NEW YORK v. UNITED STATES STEEL CORPORATION.— Motion granted. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BEATRICE OLENICK v. ALFRED OLENICK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.